# MINUTES

```
                                              FILED IN THE
                                       UNITED STATES DISTRICT COURT
                                           DISTRICT OF HAWAII
                                          12/20/2005 4:30 PM
                                           SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 04-00746LEK

**CASE NAME:** Patricia Ketcham vs. Louise M. Wise; John Does 1-10; Janes Does 1-10; Doe Corporations 1-10; Doe Partnerships 1-10; Doe Non-Profit Entities 1-10: and Doe Governmental Entities 1-10

**ATTYS FOR PLA:**
Ian L. Mattoch
Stuart M. Kodish

**ATTYS FOR DEF:**
Randall Y.S. Chung

**INTERPRETER:**

---

**JUDGE:** JUDGE LESLIE E. KOBAYASHI    **REPORTER:** IN CHAMBERS-NO RECORD

**DATE:** 12/20/2005    **TIME:** 2:00-4:00

**ROOM:** LEK CHAMBERS

---

**COURT ACTION:** EP

Settlement Conference held. Further settlement conference to be scheduled later.


Submitted by: Warren N. Nakamura, Courtroom Manager