# ORIGINAL

LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH          898-0
STUART M. KODISH        4698-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451
Facsimile:  (808) 531-2652
E-mail: ian@ianmattoch.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at 3 o'clock and 9 min. __M
SUE BEITIA, CLERK

Attorneys for Plaintiff
PATRICIA KETCHAM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA KETCHAM,<br><br>        Plaintiff,<br><br>  vs.<br><br>LOUISE M. WISE; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 04-00746 LEK<br><br>PLAINTIFF'S PRETRIAL STATEMENT; CERTIFICATE OF SEVICE<br><br><br><br><br><br><br><br>Trial Date: 3/7/06 |

## PLAINTIFF'S PRETRIAL STATEMENT

Plaintiff Patricia Ketcham, by and through her attorneys, The Law Offices of Ian L. Mattoch, hereby submits her Pretrial Statement pursuant to Rule 16.6, Local Rules.

## A.    PARTY

This statement is filed on behalf of Plaintiff Patricia Ketcham.

## B.    JURISDICTION AND VENUE

This action was removed from the Circuit Court of the Fifth Circuit, State of Hawaii, by the Defendant pursuant to 28 U.S.C. §1441 and 1446 claiming diversity jurisdiction pursuant to 28 U.S.C. §1332 (a).

## C.    SUBTANCE OF ACTION

This is an action to recover damages for personal injuries arising from a motor vehicle accident that occurred on November 7, 2001 on Kuhio Highway in Lihue, Kauai.  Plaintiff was a passenger in the vehicle operated by her late husband, Eric.  Defendant Louis Wise, made a left turn from the shoulder lane into the Ketcham's vehicle.  Plaintiff contends that Ms. Wise's inattention and failure to yield were the sole cause of the subject accident. Plaintiff Patricia Ketcham seeks to recover special damages, including medical expenses and lost wages.  She also seeks to recover general damages.

## D.    UNDISPUTED FACTS

The residency of the parties and diversity of jurisdiction is undisputed.

## E.    DISPUTED FACTUAL ISSUES

The factual issues in dispute relate to the nature of the injuries sustained by Ms. Ketcham in the subject incident and the resulting damages. Plaintiff expects that there will be disputes regarding the necessity of medical treatment, the relationship between the subject incident and medical treatment, amounts of medical expenses, reasonableness of medical expenses, amounts of lost income, and the extent of general damages.

## F.    RELIEF PRAYED

Plaintiff Patricia Ketcham seeks to recover elements of special and general damages for severe and permanent injuries, mental and emotional distress, medical and rehabilitative expenses, lost wages and loss of earning capacity.

### SPECIAL DAMAGES

A.    Medical/Rehabilitative Expenses

As a result of the accident Ms. Ketcham has incurred the following medical expenses:

3

| PROVIDER | AMOUNT BILLED |
|---|---|
| *Wilcox Memorial Hospital* | $ |
| *DOS: 11/7/01* | 153.05 |
| *DOS: 2/28/03* | 97.50 |
| *DOS: 3/13/02* | 152.49 |
| *KMC Emergency Physicians* | 73.01 |
| *DOS: 11/7/01* | |
| *Gilbert Hager, M.D.* | |
| *DOS: 11/29/01 – 9/3/03* | 2,530.03 |
| *Hale Le'a Family Medicine* | |
| *DOS: 11/8/01-4//02* | 10,163.16 |
| *DOS: 4/15/03 – 2/24/04* | 2,155.71 |
| *DOS: 10/8/04 – 6/20/04* | 277.30 |
| *St. Francis Medical Center (Imaging)* | |
| *DOS: 1/5/02* | 900.00 |
| *DOS: 2/13/02* | 626.52 |
| *DOS: 7/21/03* | 1,080.00 |
| *Mitchell Moy, M.D. (Radiologist)* | 116.69 |
| *DOS: 7/21/03* | |
| *The Radiology Group* | 92.90 |
| *DOS: 1/5/02* | 92.90 |
| *DOS: 5/31/02* | |
| *Terry Smith, MD* | |
| *DOS: 2/6/01-2/5/04* | 17,831.85 |
| *DOS: 5/24/04 – 11/1/04* | 1,670.74 |
| *Gammie Home Care* | |
| *DOS: 1/4/02* | 453.13 |
| *Craig Nickmeyer, M.D. (Radiologist)* | 62.00 |
| *DOS: 2/28/03* | |
| *S.Mahelona Memorial Hospital* | 157.50 |
| *DOS: 7/11/03* | |
| *Jeffrey Lee, M.D.* | 208.00 |
| *DOS: 9/11/03* | |
| *Castle Medical Center* | |
| *DOS: 10/10/03* | 406.00 |
| *DOS: 1/16/04* | 855.00 |

4

| PROVIDER | AMOUNT BILLED |
|---|---|
| *Queen's Medical Center*<br>*DOS: 2/5/04 – 2/7/04* | 35,603.08 |
| *Wei Chao, M.D. (Anesthesiologist)*<br>*DOS: 2/5/04* | 1,482.00 |
| *Radiology Associates, Inc.*<br>*DOS: 2/5/04 – 2/6/04* | 65.11 |
| *Greg Ruhland, M.D./Bay Clinic*<br>*DOS: 7/12/04 – 8/9/05* | 3,539.34 |
| *Prescription Glasses* | 613.00 |
| *Prescriptions (11/8/01 – 1/12/05):*<br>*Patient Out-of-Pocket paid to date:*<br>*HMSA Paid to Date:* | 4,624.45<br>6,665.20 |
| TOTAL MEDICAL EXPENSES for BILLING REC'D TO DATE | $    92,747.66 |

B.    Wage Loss

At the time of the accident, Mrs. Ketcham was employed as a certified Opthalmic Technician. She had been so employed since February 16, 1999. Mrs. Ketcham's rate of pay was $16.55 per hour. In addition, she helped her husband run the family restaurant, by doing the office and bookkeeping work.

As the result of the November 7, 2001 accident, Mrs. Ketcham has lost thousands of hours of work as a result of injuries she sustained. Further, as a result of these injuries, Mrs. Ketcham still has been unable to return to work.

Mrs. Ketcham's projected compensation loss has been estimated by economist Thomas Loudat, Ph.D. to total $499,000.00.

### C.    Future Medical Cost

For future treatments, one of two things will occur: Ms. Ketcham can either continue to receive the epidural injections four times a year at approximately $2,500.00 cost per treatment. Or alternatively, she can elect to have the back fusion surgery. Continuation of the epidural injections for the next 25 years calculates to $250,000.00. Based on the actual figures of surgery from Mrs. Ketcham, it appears that a lumbar fusion would cost approximately $75,000.00. We conservatively estimate future medical care cost at $100,000.00 based on the decision of Mrs. Ketcham to have the surgery.

With regard to Mrs. Ketcham's neck, it has been noted that in patients who have undergone a two level cervical fusions, the necessity for further surgical intervention on either the levels above and below the fusion is more likely than not due to the natural "wear and tear" or "junctional disc disease" to the adjacent segments. Currently, medical advancements in the use of artificial discs have become a popular and effective treatment that is being offered. Approximate costs for this procedure have been conservatively quoted at $40,000.00 per level.

Even with the epidural injections and the surgery, it is more likely than not that Mrs. Ketcham will need to continue her regimen of pain medications to control the chronic pain condition. Pharmaceutical costs are projected as follows:

|  |  |  | Annual Cost |
|---|---|---|---|
| Ambien (10 mg, 1 at bedtime) | 7/wk or 364/year | $2.249 ppu[1] = | $ 818.64 |
| Amitriptyline (25 mg, 2-3 at bedtime) | 14/wk or 728/year | $0.193 ppu[2] = | $ 140.50 |
| Fosamax (70 mg SIG: 1 wk) | 1/wk or 52/year | $2.093 ppu[3] = | $ 108.84 |
| Methadone (5 mg SIG: six times a day for pain) | 42/wk or 2,184/year | $0.088 ppu[4] = | $ 192.19 |
| Oxycodone (5mg SIG: 1 four times a day, as needed) | 28/wk or 1,456/year | $0.084 ppu[5] = | $ 122.30 |
| Soma (350 mg SIG: 1 twice a day) | 7/wk or 364/year | $0.133 ppu[6] = | $ 48.41 |
| Conservative Annual Cost of Prescriptions: |  |  | $1,430.88 |

[1] pillbot.com (11/10/05), Family Meds quote
[2] pillbot.com (11/10/05), CVS quote
[3] pillbot.com (11/10/05), AARP quote
[4] Per Pat Ketcham – last purchase of prescription.
[5] AARP cost (1/12/05)
[6] pillbot.com (11/10/05), pbrx quote

Mrs. Ketcham is fifty-nine years old. According to "Life tables for females: United States, 2002", Mrs. Ketcham is expected to live for an additional 25.2 years. Thus, it is reasonable to suspect that she may incur prescription costs over the next 25 years of $35,772.00.

### C.     Total Special Damages

| | | |
|---|---|---|
| Medical Expenses Incurred: | $ | 92,747.66 |
| Economic Loss Incurred: | | 499,000.00 |
| Future Medical Expenses: | | 140,000.00 |
| Future Prescription Costs: | | 35,772.00 |
| | $ | 767,519.66 |

Plaintiff Patricia Ketcham seeks general damages which the jury determines to be appropriate.

Plaintiff seeks reasonable attorney's fees, cost and interest as provided under law.

Plaintiff seeks such other and further relief as the Court deems just and proper.

### G.     POINTS OF LAW

Plaintiff is unaware of any specific disputed points of law. However, based upon general defense practices, Plaintiff anticipates the possibility of disputes regarding the scope of testimony of treating physicians and

8

the amount of medical expenses. With respect to the former, defendants frequently attempt to limit the scope of testimony of treating physicians who have been identified as expert witnesses. Often, the defense will argue that such witnesses should have provided reports in accordance with Rule 26(a)(2)(B), FRCP. This issue was addressed by Magistrate Judge Kurren in Shapardon v. West Beach Estates, 172 F.R.D. 415 (D.Haw. 1997). Therein, it was held that a treating physician may testify as an expert witness without providing a written report pursuant to discovery rules, even where the physician's testimony goes beyond specific treatment offered and includes such issues as causation and future treatment. Plaintiffs agree.

On the latter point, Defendants often argue that a Plaintiff's medical special damages should be discounted based upon the amount paid under a collateral agreement. It is Plaintiff's position that the standard rates of the respective providers are the reasonable, recoverable value of medical costs. Bynum v. Magno, 106 Haw. 81, 101 P.3d 1149 (2004).

### H.    PREVIOUS MOTIONS

None.

9

## I.    WITNESSES TO BE CALLED

Patricia K. Ketcham
c/o Law Offices of Ian L.
Mattoch
737 Bishop Street, Ste. 1835
Honolulu, HI  96813

Plaintiff; may testify regarding
liability and damages.

Louise Wise
c/o  Randall Y.S. Chung
MATSUI CHUNG SUMIDA &
   TSUCHIYAMA
737 Bishop Street, Ste. 1400
Honolulu, HI  96813

Defendant; may testify regarding
liability and damages.

Bob Cariffe
Address Unknown

Independent eyewitness; may
testify regarding liability and
damages.

Officer K. Kapua, Badge 102
Officer, Badge 106
Kauai Police Department
Lihue, HI

Investigating police officer; may
testify regarding liability and
damages.

Gerda Hanson
Oxford Health Plans
48 Monroe Turnpike
Trumbull, CT  06611

Records clerk; may testify
regarding the authenticity of the
claims records for Plaintiff's prior
claims.

Linda Emch
The Guardian
P.O. Box 2453
Spokane, WA  99210-2453

Records clerk; may testify
regarding the authenticity of the
claims records for Plaintiff's prior
claims.

Mary Garcia/Michael Doerning
TIG/Crum & Forster
733 Bishop Street, Ste. 2200
Honolulu, HI 96813

PIP claims representative/staff;
may testify regarding the
authenticity of claim documents
and verification of PIP benefits
paid for Plaintiff's accident-
related medical expenses.

Custodian of Records
TIG/Crum & Forster
733 Bishop Street, Ste. 2200
Honolulu, HI 96813

Custodian of records; may testify
regarding the authenticity of
property damage photos, property
damage estimates, and/or
investigation documents and
statements done by TIG/Crum &
Forster.

Custodian of Records
Kauai Medical Clinic
3-3420 Kuhio Highway, Ste. B
Lihue, HI 96766

Custodian of records; may testify
regarding the authenticity of
Plaintiff's employment files,
records, etc.

Heather Cooksey
Sr. Subrogation Analyst
The Rawlings Company
16600 Sherman Way, Ste. 260
Van Nuys, CA 91406-3736

Senior subrogation analyst; may
testify regarding the authenticity
of claim documents and
verification of benefits paid by
HMSA with regard to accident-
related injuries.

Rhonda Pico
State Farm Insurance Companies
2200 Main Street, Ste. 315
Wailuku, HI 96793

Claim Representative; may testify
regarding the bodily injury claims
investigation and documentation.

Custodian of Records
All Medical Providers

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
Kauai Police Department
3060 Umi Street
Lihue, HI  96766

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
Harold Spears, III, M.D.

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
Wilcox Memorial Hospital
3420 Kuhio Highway
Lihue, HI  96766

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
Gilbert P. Hager, M.D.
407 Uluniu Street, Suite 311
Kailua, HI  96734

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
Hale Le'a Family Medicine
2460 Oka Street, Suite 101A
Kilauea, HI  96754

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
St. Francis Medical Center
2230 Liliha Street

Custodian of records; may testify
regarding the authenticity of
medical records and bills.

Honolulu, HI  96817

| | |
|---|---|
| Custodian of Records<br>Terry Smith, M.D.<br>1329 Lusitana Street, Suite 501<br>Honolulu, HI  96813 | Custodian of records; may testify regarding the authenticity of medical records and bills. |
| Custodian of Records<br>Samuel Mahelona Memorial<br>Hospital<br>4800 Kawaihau Road<br>Kapaa, HI  96746 | Custodian of records; may testify regarding the authenticity of medical records and bills. |
| Custodian of Records<br>The Queen's Medical Center<br>1301 Punchbowl Street<br>Honolulu, HI  96813 | Custodian of records; may testify regarding the authenticity of medical records and bills. |
| Custodian of Records<br>Castle Medical Center<br>640 Ulukahiki Street<br>Kailua, HI  96734 | Custodian of records; may testify regarding the authenticity of medical records and bills. |
| Custodian of Records<br>Eye Care Center<br>Kauai Medical Clinic<br>4366 Kukui Grove St., Ste. 101<br>Lihue, HI  96766 | Custodian of records; may testify regarding the authenticity of medical records and bills. |

Custodian of Records
Jeffrey Lee, M.D.
1380 Lusitana Street, Suite 214
Honolulu, HI  96813

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
Kauai Medical Clinic
3-3420 Kuhio Highway, Suite B
Lihue, HI  96766

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
Greg Ruhland, M.D.
Bay Clinic
311 Kalanianaole Street
Hilo, HI  96720

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
The Radiology Group
941 Kamehameha Hwy,. Ste 208
Pearl City, HI  96782

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
Gammie Home Care
3215 Kuhio Highway, Suite #4
Lihue, HI  96766

Custodian of records; may testify
regarding the authenticity of
medical records and bills.


Custodian of Records
Wei Chao, M.D
575 Cooke Street, Suite A, #2325
Honolulu, HI  96813

Custodian of records; may testify
regarding the authenticity of
medical records and bills.

Custodian of Records
Radiology Associates,
P.O. Box 31000
Honolulu, HI 96849

Custodian of records; may testify
regarding the authenticity of
medical records and bills.

Custodian of Records
Steve Backinoff, P.T.
P.O. Box 890
2207 Ioela Street
Kilauea, HI 96754

Custodian of records; may testify
regarding the authenticity of
medical records and bills.

James Scamahorn, M.D.
Wilcox Memorial Hospital
3420 Lihue, HI 96766

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

Harold Spear, III, MD.
Steve Rogoff, M.D.
Massage Therapists: Laurie
Bolton & Jennifer
Hale L'ea Family Medicine
2460 Oka Street, #101A
Kilauea, HI 96754

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

Steve Backinoff, P.T.
P.O. Box 890
2207 Io`ela Street
Kilauea, HI 96754

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

Bryan Gushiken, M.D.
The Radiology Group
941 Kam. Highway, Ste. 208
Pearl City, HI 96782

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

15

Terry Smith, M.D.
1329 Lusitana Street, Suite 501
Honolulu, HI 96813

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

Mitchell A. Moy, M.D.
The Radiology Group
941 Kamehameha Highway, Ste.
208
Pearl City, HI 96782

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

Jeffrey Lee, M.D.
1380 Lusitana Street, Suite 214
Honolulu, HI 96813

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

Norman Ikemoto, M.D.
The Radiology Group
941 Kamehameha Highway, Ste.
208
Pearl City, HI 96782

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

Wei Chao, M.D.
(Anesthesiologist)
P.O. Box 11779
Honolulu, HI 96819

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

Keith Tonaki, M.D.
Hawaii Pathologists Laboratory
702 S. Beretania, Ste. 200
Honolulu, HI 96813

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,
reasonabless of medical expenses.

Michael Meagher, M.D.
(Radiologist)
Radiology Associates, Inc.

Treating health care provider; will
testify regarding diagnosis,
prognosis, treatment, causation,

| | |
|---|---|
| 1329 Lusitana Street, Suite B7<br>Honolulu, HI 96813 | reasonabless of medical expenses. |
| Larry R. Wampler, D.O.<br>Wilcox Memorial Hospital<br>3420 Kuhio Highway<br>Lihue, HI 96766 | Treating health care provider; will testify regarding diagnosis, prognosis, treatment, causation, reasonabless of medical expenses. |
| Ellen L. Elmore, M.D.<br>Terrie D. Johnson, M.D.<br>Hayato Mori, M.D.<br>Martin Engel, M.D.<br>Kauai Medical Clinic<br>3420B Kuhio Highway<br>Lihue, HI 96766 | Treating health care providers; will testify regarding diagnosis, prognosis, treatment, causation, reasonabless of medical expenses. |
| Gil Hager, M.D.<br>407 Uluniu Street<br>Kailua, HI 96734 | Treating health care provider; will testify regarding diagnosis, prognosis, treatment, causation, reasonabless of medical expenses. |
| Greg Ruhland, M.D.<br>80 Pauahi Street, Suite 104<br>Hilo, HI 96720 | Treating health care provider; will testify regarding diagnosis, prognosis, treatment, causation, reasonabless of medical expenses. |
| Dr. Mathieu<br>Bay Clinic<br>311 Kalanianaole Avenue<br>Hilo, HI 96720 | Treating health care provider; will testify regarding diagnosis, prognosis, treatment, causation, reasonabless of medical expenses. |
| Thomas Loudat, Ph.D.<br>46-281 Auna St.<br>Kaneohe, HI 96744 | Economist; will testify regarding Plaintiff's lost income. |

## J.   EXHIBITS SCHEDULE AND SUMMARIES

I.   LIABILITY
Police Report
Property Damage Photos


II.   MEDICAL RECORDS
Wilcox Memorial Hospital
Harold Spears, III, MD4
Gilbert P. Hager, M.D./Hale Le'a Family Medicine
Steve Rogoff, M.D./Hale Le'a Family Medicine
Steve Backinoff, PT/Hale Le'a Family Medicine
St. Frances Medical Center
Terry G. Smith, MD
Narrative report from Terry G. Smith, M.D.
Narrative report from Steve Rogoff, M.D.
Samuel Mahelona Memorial Hospital
Queen's Medical Center
Kauai Medical Clinic (Non Accident Related Medical Records)
Castle Medical Center
Eye Care Center/Kauai Medical Clinic
Jeffrey Lee, MD
Greg Ruhland, MD/Bay Clinic


III.   ACCIDENT-RELATED MEDICAL BILLS
Medical Bill Summary
Wilcox Memorial Hospital
Hale Le'a Family Medicine
Gilbert Hager, MD
St. Frances Medical Center
The Radiology Group
Terry Smith, MD
Gammie Home Care
Samuel Mahelona Memorial Hospital
Jeffrey Lee, M.D.
Castle Medical Center
Queen's Medical Center

Wei Chao, M.D.
Radiology Associates
Greg Ruhland, MD/Bay Clinic
Prescriptions
Out-of-Pocket Expenses

V.    MISCELLANEOUS
Earnings
Disability Statements

Liability exhibits will serve the purpose of addressing the liability issues presented at trial.

The medical records and medical bills will be utilized to substantiate the extent and nature of Plaintiff's injuries.

The earnings records and disability statements will be used to substantiate Plaintiff's loss of earnings claim.

Plaintiff will seek stipulations as to the authenticity and admissibility of her exhibits. To the extent that a stipulation cannot be reached, Plaintiff will rely on Custodian of Records as the sponsoring witness.

## K.    FURTHER DISCOVERY OR MOTIONS

Counsel has cooperated in the exchange of information. All requested depositions have been conducted. Further discovery will likely consist of depositions of expert witnesses and various personnel with information relevant to Plaintiff Ketcham's wage loss claim.

19

### L.    STIPULATIONS

Plaintiff will seek a Stipulation that Defendant admit that she is liable in negligence, reserving for trial the issues of causation and damages. Plaintiff will also seek a stipulation as to the authenticity and admissibility of medical records and various other trial exhibits.

### M.    AMENDMENTS, DISMISSALS

None at this time.

### N.    SETTLEMENT DISCUSSION

Plaintiff has made multiple attempts to settle her claim including comprehensive settlement demands that were sent out before the initiation of litigation. Following the initiation of litigation, Plaintiff has regularly supplemented the damages documentation and has requested continuous settlement dialogue.

Prior to the recent settlement conference, Plaintiff submitted a fully supplemented settlement package to defense counsel requesting settlement.

Alternative dispute resolution process has not been discussed. There are no further settlement conferences scheduled. However, Plaintiff believes that further settlement negotiations may be productive.

## O.    AGREED STATEMENT

Presentation of the action, in whole or in part, upon an agreed statement of facts is not feasible or desired.

## P.    BIFURCATION, SEPARATE TRIAL OF ISSUES

Bifurcation or a separate trial of specific issues is not feasible or desired.

## Q.    REFERENCE TO MASTER OR MAGISTRATE JUDGE

The reference of this action to a Master or a Magistrate Judge has not yet been discussed between the parties.  Plaintiff would be willing to consider this as an option, if offered by the Court.

## R.    APPOINTMENT AND LIMITATION OF EXPERTS

Plaintiff does not believe that the appointment by the Court of an impartial expert witness would be feasible or desired.  The Court's limitation of the number of expert witnesses should not be necessary in this case.

## S.    TRIAL

Trial in this matter is scheduled to begin on March 7, 2006. A demand for jury trial has been made.

**T.     ESTIMATE OF TRIAL TIME**

If the defense stipulates to liability, the trial can be completed in 4-5 days.

**U.     CLAIMS OF PRIVILEGE OR WORK PRODUCT**

None of the matters required to be stated by Local Rule 16.6 are claimed to be covered by work-product or other priviledge.

**V.     MISCELLANEOUS**

None.

Dated:  Honolulu, Hawaii, January 17, 2006.

IAN L. MATTOCH
STUART M. KODISH
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| PATRICIA KETCHAM, | ) | CIVIL NO. 04-00746 LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| LOUISE M. WISE; JOHN DOES 1- | ) | |
| 10; JANE DOES 1-10; DOE | ) | |
| CORPORATIONS 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE NON- | ) | |
| PROFIT ENTITIES 1-10; and DOE | ) | |
| GOVERNMENTAL ENTITIES 1-10, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served by hand-delivery to the following parties addressed as follows on ____1.17.06____.

RANDALL Y.S. CHUNG, ESQ.
737 Bishop Street, Ste. 1400
Honolulu, HI 96813

Attorneys for Defendant
LOUISE M. WISE

DATED: Honolulu, Hawaii, ____1.17.06____

IAN L. MATTOCH
STUART M. KODISH
Attorneys for Plaintiff