ORIGINAL

Of Counsel:
MATSUI CHUNG
A Law Corporation
RANDALL Y.S. CHUNG    2929-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: info@triallawhawaii.com

Attorney for Defendant
LOUISE M. WISE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 7 2006

at ___ o'clock and ___ ___
SUE BEITIA, CLERK

LODGED

FEB 2 2 2006
3:45 p.m.
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA KETCHAM, ) | CIVIL NO. 04-00746 LEK |
| ) | |
| Plaintiff, ) | STIPULATION FOR DISMISSAL |
| vs. ) | WITH PREJUDICE OF ALL |
| ) | CLAIMS AND PARTIES and |
| LOUISE M. WISE; JOHN DOES 1-10; ) | ORDER |
| JANE DOES 1-10; DOE ) | |
| CORPORATIONS 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE NON- ) | Trial Date: March 7, 2006 |
| PROFIT ENTITIES 1-10; and DOE ) | |
| GOVERNMENTAL ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION FOR DISMISSAL WITH
### PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the

parties described hereinbelow, through their respective counsel, hereby stipulate

that the Complaint filed herein be dismissed with prejudice, each party to bear her

own costs and attorney's fees.

This stipulation is signed by or on behalf of all appearing parties hereunder

described.  No Doe defendants were identified or represented in this case.  There

are no remaining parties and/or issues.

Trial is scheduled to commence the week of March 7, 2006.

DATED: HONOLULU, HAWAII,    \_\_\_\_FEB 2 2 2006\_\_\_\_

RANDALL Y.S. CHUNG
Attorney for Defendant
LOUISE M. WISE

DATED: HONOLULU, HAWAII,    \_\_\_\_2. 21. 06\_\_\_\_

IAN L. MATTOCH
Attorney for Plaintiff
PATRICIA KETCHAM

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT


PATRICIA KETCHAM v. LOUISE M. WISE; et al.,
CIVIL NO. 04-00746 LEK
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND
PARTIES and ORDER